EXHIBIT A TO COMPLAINT OF DAVID MICHERY



# NOTICE OF ASSIGNMENT & LIEN

# FIRST NOTICE

**RE:** *Mullen Technologies D/B/A David Michery*

Dear Sir or Madam:

This notice is being sent you because you and/or its parent or subsidiary entity(ies) is an account debtor of *Mullen Technologies D/B/A David Michery* ("Merchant"), located at **325 N PUENTE ST STE A BREA, CA 92821-5273**, and pursuant to Section 9-406 of the Uniform Commercial Code ("UCC").

Merchant has defaulted on a secured merchant agreement between Merchant and CBSG (the "Agreement"). Under the contract, CBSG bought from Merchant certain accounts-receivable (collectively, "Receivables"), thus making CBSG the owner of those Receivables.[1] The balance currently due and owing to CBSG under the Agreement is $324,893.19.

In addition to the buying the Receivables, and in accordance with the Agreement, CBSG filed a UCC-1 financing statement with the Secretary of State of CA. A copy of the UCC-1 is attached for your reference.

You have made payments to Merchant, representing some of the Receivables CBSG bought from Merchant. Please be advised, while it is understood you have a relationship with Merchant and not with CBSG, in accordance with the law, the above referenced Agreement and with UCC Section 9-406, you are instructed to hold in reserve all funds payable to Merchant and forward them to CBSG immediately upon receipt of this letter and to continue doing so until you receive from a us a release of the UCC-1 filing.

We appreciate your cooperation and anticipate your compliance with this matter. If you have any questions, please contact me at 215-600-1779 or legaldepartment@parfunding.com.

Danielle Loser
**215-600-1779**
Collection / Legal Department
20 N. 3rd Street
Philadelphia, PA 19106

---

The Agreement provides, in pertinent part:

**Seller/Merchant hereby sells, assigns and transfers to CBSG (making CBSG the absolute owner) in consideration of the funds provided ("Purchase Price") specified below,** all of Seller/Merchant's future receipts, accounts, contract rights, and obligations due to Seller/Merchant that arise from or relate to the payment of monies to Seller/Merchant from Seller/Merchant's customers and/or other third party payers (collectively the "Receipts" defined as all payments made by cash, check, credit or debit card, electronic transfer or other form of monetary payment in the ordinary course of Seller/Merchant's business) until such time as the "Receipts Purchased Amount (RPA)" has been delivered by Seller/Merchant to CBSG.



# NOTICE OF ASSIGNMENT & LIEN
# FIRST NOTICE

**RE:** *Mullen Technologies D/B/A David Michery*

Dear Sir or Madam:

This notice is being sent you because you and/or its parent or subsidiary entity(ies) is an account debtor of *Mullen Technologies D/B/A David Michery* ("Merchant"), located at **325 N PUENTE ST STE A BREA, CA 92821-5273**, and pursuant to Section 9-406 of the Uniform Commercial Code ("UCC").

Merchant has defaulted on a secured merchant agreement between Merchant and CBSG (the "Agreement"). Under the contract, CBSG bought from Merchant certain accounts-receivable (collectively, "Receivables"), thus making CBSG the owner of those Receivables.[1] The balance currently due and owing to CBSG under the Agreement is $339,426.90.

In addition to the buying the Receivables, and in accordance with the Agreement, CBSG filed a UCC-1 financing statement with the Secretary of State of CA. A copy of the UCC-1 is attached for your reference.

You have made payments to Merchant, representing some of the Receivables CBSG bought from Merchant. Please be advised, while it is understood you have a relationship with Merchant and not with CBSG, in accordance with the law, the above referenced Agreement and with UCC Section 9-406, you are instructed to hold in reserve all funds payable to Merchant and forward them to CBSG immediately upon receipt of this letter and to continue doing so until you receive from a us a release of the UCC-1 filing.

We appreciate your cooperation and anticipate your compliance with this matter. If you have any questions, please contact me at 215-600-1779 or legaldepartment@parfunding.com.

Danielle Loser
**215-600-1779**
Collection / Legal Department
20 N. 3rd Street
Philadelphia, PA 19106

---

The Agreement provides, in pertinent part:

**Seller/Merchant hereby sells, assigns and transfers to CBSG (making CBSG the absolute owner) in consideration of the funds provided ("Purchase Price") specified below,** all of Seller/Merchant's future receipts, accounts, contract rights, and obligations due to Seller/Merchant that arise from or relate to the payment of monies to Seller/Merchant from Seller/Merchant's customers and/or other third party payers (collectively the "Receipts" defined as all payments made by cash, check, credit or debit card, electronic transfer or other form of monetary payment in the ordinary course of Seller/Merchant's business) until such time as the "Receipts Purchased Amount (RPA)" has been delivered by Seller/Merchant to CBSG.